

April 19, 2005

U.S. District Court
District of Delaware
J. Caleb Boggs Federal Bldg.
844 King St. Lockbox 18
Wilmington, DE 19801-3570

        RE:   United States of America vs Casimir Lutz
               Cr. No. 02-166-03

Dear Clerk:

    Pursuant to Transfer of Jurisdiction of Probation, we herewith enclose a certified copy of the following;

        Indictment, Judgment, Transfer Form, Docket Sheet

    Kindly acknowledge receipt on the copy of the letter provided.

                        Very truly yours,

                        MICHAEL E. KUNZ
                        Clerk of Court

                        By _____
                        James Hamilton, Deputy Clerk

c:

Received above material or record file this     day of    , 20  .

                              Signature: _____