| PROB 22 (Rev. 2/88) | | CASE NUMBER *(Tran. Court)* 2:02CR00166-03 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | CASE NUMBER *(Rec. Court)* CR 05-14 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Casimir Lutz | DISTRICT Eastern District of Pennsylvania | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE James T. Giles, Chief Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM October 21, 2003 — TO October 20, 2008 |

OFFENSE

Mail fraud (Count One)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2-15-05
Date

*(signature)*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Delaware

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 29, 2005
Effective Date

*(signature)*
United States District Judge