# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CRIMINAL DOCKET FOR CASE #: 2:02-cr-00166-JG-3
### Internal Use Only

Case title: USA v. ALLEN, et al                    Date Filed: 03/19/2002

Assigned to: CHIEF JUDGE JAMES T. GILES

**Defendant**

**CASIMIR LUTZ** (3)                represented by   **WILLIAM T. CANNON**
*TERMINATED: 10/21/2003*                             WILLIAM T. CANNON, P.C.
                                                     100 S. BROAD STREET
                                                     SUITE 1910
                                                     PHILADELPHIA, PA 19110
                                                     215-751-0909
                                                     Email: canwil@myexcel.com
                                                     *TERMINATED: 10/31/2004*
                                                     *LEAD ATTORNEY*
                                                     *Designation: Retained*

**Pending Counts**                                   **Disposition**

18:1341 MAIL FRAUD                                   PROBATION 5 YEARS;
(1)                                                  RESTITUTION IN THE SUM OF
                                                     22,484.23; SPECIAL ASSESSMENT
                                                     100.00

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                **Disposition**

18:1341 MAIL FRAUD                                   DISMISSED ON GOVT'S MOTION.
(2-8)

18:1341 MAIL FRAUD                                   DISMISSED ON GOVT'S MOTION.
(9)

18:1341 MAIL FRAUD                                   DISMISSED ON GOVT'S MOTION.
(10)

18:1343 WIRE FRAUD                                   DISMISSED ON GOVT'S MOTION.
(11-12)



A TRUE COPY CERTIFIED FROM THE RECORD
DATED: 4-19-05
ATTEST: [signature] DEPUTY CLERK, UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF PENNSYLVANIA

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

**Plaintiff**

USA

represented by **DENISE S. WOLF**
U.S. ATTORNEY'S OFFICE
615 CHESTNUT STREET
SUITE 1250
PHILADELPHIA, PA 19106-4476
215-861-8662
Fax: 215-861-8498
Email: denise.wolf@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**SARAH L. GRIEB**
UNITED STATES ATTORNEY'S
OFFICE
615 CHESTNUT STREET
SUITE 1250
PHILADELPHIA, PA 19106-4476
215-861-8261
Fax: 215-861-8233
Email: sarah.grieb@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2002 | 1 | Indictment as to AMY ALLEN (1) count(s) 1-8, 9, 10, 11-12, DARRYL EVANS (2) count(s) 1-8, 10, 11-12, CASIMIR LUTZ (3) count(s) 1-8, 9, 10, 11-12, MARTIN WILLIAMS (4) count(s) 1-8, 9, 10, 11-12, TIMOTHY HELCK (5) count(s) 1-8, 9, 10, 11-12 (cw) (Entered: 03/21/2002) |
| 03/19/2002 | | **Added Government Attorney SARAH L. GRIEB (cw) (Entered: 03/21/2002) |
| 03/19/2002 | | ***JS-2 Opening Information. (jh, ) (Entered: 10/22/2003) |
| 03/27/2002 | 6 | ORDER OF 3/26/02 AS TO AMY ALLEN, ET AL, THAT THIS CASE IS REASSIGNED FROM THE CALENDAR OF JUDGE TUCKER TO |

| | | |
|---|---|---|
| | | THE CALENDAR OF JUDGE JAMES T. GILES. (SIGNED BY CHIEF JUDGE JAMES T. GILES) 3/27/02 ENTERED AND COPIES MAILED/FAXED. (cmc) (Entered: 03/27/2002) |
| 03/27/2002 | | Case REASSIGNED to CHIEF JUDGE JAMES T. GILES . (cmc) (Entered: 03/27/2002) |
| 04/24/2002 | 15 | Guilty Plea Memorandum by USA as to CASIMIR LUTZ, Cert. of Service. (jh) (Entered: 04/24/2002) |
| 04/25/2002 | 21 | Abstract of Order for Presentence Investigation as to CASIMIR LUTZ. (jh) (Entered: 04/25/2002) |
| 04/25/2002 | | O/R Bond entered by CASIMIR LUTZ in the Amount of $ 10,000.00. (jh) (Entered: 04/25/2002) |
| 04/25/2002 | 24 | Guilty Plea Agreement as to CASIMIR LUTZ. (jh) (Entered: 04/25/2002) |
| 04/25/2002 | | Arraignment HELD CASIMIR LUTZ (3) count(s) 1-8, 9, 10, 11-12; MARTIN WILLIAMS (4) count(s) 1-8, 9, 10, 11-12; TIMOTHY HELCK (5) count(s) 1-8, 9, 10, 11-12. (jh) (Entered: 04/26/2002) |
| 04/25/2002 | 27 | Plea of 4/25/02 entered by CASIMIR LUTZ, MARTIN WILLIAMS, TIMOTHY HELCK Court accepts plea. GUILTY: CASIMIR LUTZ (3) count(s) 1. Cts. 2 thru 12 to be dismissed at time of sentencing. Presentence Report is Ordered. Sentencing set for 8/27/02, at 9:30 A.M.; MARTIN WILLIAMS (4) count(s) 1. Cts. 2 thru 12 to be dismissed at time of sentencing. Presentence Report is Ordered. Sentencing set for 8/28/02, at 9:30 A.M.; TIMOTHY HELCK (5) count(s) 1. Cts. 2 thru 12 to be dismissed at time of sentencing. Presentence Report is Ordered; Sentencing set for 8/29/02, at 9:30 A.M. . (jh) (Entered: 04/26/2002) |
| 04/25/2002 | | **Terminated motion(s) : [19-1] MOTION TO SUPPRESS STATEMENTS AND PHYSICAL EVIDENCE as to DARRYL EVANS (2), [9-1] MOTION FOR CONTINUANCE as to AMY ALLEN (1) (rs) (Entered: 05/08/2002) |
| 04/26/2002 | 29 | ORDER SETTING CONDITIONS OF RELEASE AS TO CASIMIR LUTZ. ( SIGNED BY CHIEF JUDGE JAMES T. GILES ), 4/29/02 ENTERED. 4/25/02 COPIES TO COUNSEL BY CHAMBERS. (jh) (Entered: 04/29/2002) |
| 09/30/2002 | 56 | Notice of Appearance for CASIMIR LUTZ by Attorney WILLIAM T. CANNON. (jh) (Entered: 10/01/2002) |
| 02/10/2003 | 71 | ORDER THAT THE CLERK OF COURT FOR THE EASTERN DISTRICT OF PA BE AND HE IS HEREBY DIRECTED TO FURNISH SNACKS FOR JURORS ENGAGED IN THE ABOVE ENTITLED CASE. (jh) (Entered: 02/10/2003) |
| 02/14/2003 | 75 | ORDER THAT THE CLERK OF COURT FOR THE EASTERN DISTRICT OF PA BE AND HE IS HEREBY DIRECTED TO FURNISH |

| | | |
|---|---|---|
| | | LUNCH FOR 14 JURORS AND ONE DEPUTY MARSHAL ENGAGED IN THE ABOVE ENTITLED CASE. (jh) (Entered: 02/14/2003) |
| 02/14/2003 | 76 | ORDER DATED 2/14/03 THAT THE CLERK OF COURT FOR THE EASTERN DISTRICT OF PA BE AND HE IS HEREBY DIRECTED TO FURNISH LUNCH FOR 12 JURORS AND ONE DEPUTY MARSHAL ENGAGED IN THE ABOVE ENTITLED CASE. (jh) (Entered: 02/14/2003) |
| 04/11/2003 | 103 | MOTION BY CASIMIR LUTZ FOR CONTINUANCE OF SCHEDULED SENTENCING DATE , CERT. OF SERVICE. (jh) (Entered: 04/11/2003) |
| 04/15/2003 | 105 | ORDER DATED 4/15/03 DENYING [103-1] MOTION FOR CONTINUANCE OF SCHEDULED SENTENCING DATE AS TO CASIMIR LUTZ (3). ( SIGNED BY CHIEF JUDGE JAMES T. GILES ), 4/16/03 ENTERED. 4/15/03 COPIES MAILED AND FAXED BY CHAMBERS. (jh) (Entered: 04/16/2003) |
| 10/09/2003 | 135 | SENTENCING MEMORANDUM by USA as to CASIMIR LUTZ certificate of service (GRIEB, SARAH) Additional attachment(s) added on 10/15/2003 (jh, ). (Entered: 10/09/2003) |
| 10/14/2003 | 138 | MOTION TO PERMIT DEPARTURE FROM GUIDELINE SENTENCING RANGE by USA as to CASIMIR LUTZ, MEMORANDUM, CERTIFICATE OF SERVICE. (GRIEB, SARAH) Modified on 10/15/2003 (cmc). Modified on 10/15/2003 (fh) (Entered: 10/14/2003) |
| 10/21/2003 | 139 | Minute Entry for proceedings held before Judge JAMES T. GILES Sentencing held on 10/21/03, for CASIMIR LUTZ (3), Count(s) 1, PROBATION 5 YEARS; RESTITUTION IN THE SUM OF 22,484.23; SPECIAL ASSESSMENT 100.00; Count(s) 10, 11-12, 2-8, 9, DISMISSED ON GOVT'S MOTION. Court Reporter esr.(jh, ) (Entered: 10/22/2003) |
| 10/21/2003 | 140 | JUDGMENT AS TO CASIMIR LUTZ (3), Count(s) 1, PROBATION 5 YEARS; RESTITUTION IN THE SUM OF 22,484.23; SPECIAL ASSESSMENT 100.00; Count(s) 10, 11-12, 2-8, 9, DISMISSED ON GOVT'S MOTION. . Signed by Judge JAMES T. GILES on 10/21/03.10/22/03 Entered. (jh, ) (Entered: 10/22/2003) |
| 10/22/2003 | 146 | ORDER AS TO CASIMIR LUTZ GRANTING GOVT'S MOTION TO DISMISS COUNTS 2 THROUGH 12 OF THE INDICTMENT AS TO THIS DEFT. ONLY. . Signed by Judge JAMES T. GILES on 10/22/03.10/23/03 Entered and Copies Faxed. (jh, ) (Entered: 10/23/2003) |
| 10/24/2003 | 150 | ORDER AS TO CASIMIR LUTZ GRANTING GOVT'S MOTION FOR DEPARTURE PURSUANT TO SECTION 5K1.1 OF THE SENTENCING GUIDELINES. . Signed by Judge JAMES T. GILES on |

|            |     |                                                                                                                                                                                                                          |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | 10/21/03.10/27/03 Entered and Copies Mailed and Faxed. (jh, ) (Entered: 10/27/2003)                                                                                                                                       |
| 12/11/2003 | 154 | Praecipe to Satisfy Judgment by USA as to CASIMIR LUTZ. (jh, ) (Entered: 12/12/2003)                                                                                                                                      |
| 04/18/2005 | 164 | Probation Jurisdiction Transferred to District of Delaware as to CASIMIR LUTZ Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (jh, ) (Entered: 04/19/2005)    |