Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

---

## UNITED STATES DISTRICT COURT
### for the
### District of Delaware

UNITED STATES OF AMERICA

V.                                              Crim. No. 05CR00014-001(JJF)

Casimir Lutz

On October 21, 2003 the above named was placed on Probation for a period of five years. He has complied with the rules and regulations of Probation and is no longer in need of Probation supervision. It is accordingly recommended that Casimir Lutz be discharged from Probation.

Respectfully submitted,

*Carol L. Sain*
Carol L. Sain
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this __21__ day of __October__, ~~19~~ 2005.

*Joseph J. Farnan*
Joseph J. Farnan, Jr.
United States District Court Judge